

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>1) RAEONNAH THOMAS<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:23-MJ-01022-DUTY<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

   Upon motion of ___Defendant___, IT IS ORDERED that a detention hearing is set for ___Wednesday___, March 15, 2023, at ___2:00___ ☐a.m. / ☒p.m. before the Honorable ___Autumn D. Spaeth___, in Courtroom ___6B in person___.

   Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
   *(Other custodial officer)*

Dated: ___03/14/2023___        ___/s/ Autumn D. Spaeth___
                                U.S. Magistrate Judge